UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stacy</u>

              v.              07-cv-51-PB

<u>Johnson</u>

### O R D E R

I hereby recuse myself from presiding over this case as the firm of Rath, Young & Pignatelli, PC has appeared on behalf of the defendant.

SO ORDERED.

May 1, 2007             /s/ Paul Barbadoro
                                                                                  Paul Barbadoro
                                                                                 United States District Judge

cc:    Counsel of Record